[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 26, 2007
THOMAS K. KAHN
CLERK

————————————————

No. 05-16116

————————————————

D. C. Docket No. 04-60251-CV-JEM

TARRYMORE APARTMENTS, INC.,

Plaintiff-Appellant,

versus

CITY OF FORT LAUDERDALE,
GERALD JORDAN,
JOHN SMITH,
FLOYD JOHNSON,
LORI MILANO, et al.,

Defendants-Appellees.

————————————————

Appeal from the United States District Court
for the Southern District of Florida

————————————————

**(January 26, 2007)**

Before BLACK, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Appellant Tarrymore Apartments, Inc., appeals from the district court's final order of September 22, 2005, dismissing the aforementioned case. After thorough review of the case and the briefs submitted by the parties, we affirm the decision of the district court.

**AFFIRMED.**